|  |  |  |
|---|---|---|
| MICHAEL WOOD, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Oriental Rug Gallery, L.P.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **United States District Court**<br>**Northern District of Illinois**<br><br><br>Case No.: 1:26-cv-1611<br><br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: May 20, 2026

EQUAL ACCESS LAW GROUP, PLLC

Attorneys for Plaintiff

/s/ Michael Ohrenberger
By: Michael Ohrenberger, Esq
4903 Avenue N,
Brooklyn NY 11234
O: 844-731-3343
D: 716-281-5496
Email: mohrenberger@ealg.law