**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Michael Wood

                Plaintiff,

v.

                                      Case No.: 1:26–cv–01611

                                      Honorable Jeffrey I Cummings

Oriental Rug Gallery, L.P.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 29, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: The parties have filed a joint stipulation of dismissal [15], which is self–executing under Rule 41(a)(1)(A)(ii). All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.